UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FREDDIE J. SMITH JR.,

      Plaintiff,

v.                                    Case No: 5:21-cv-227-RBD-PRL

R. ROUSE, TRACY FLOWERS, and
FNU BARRETT,

      Defendants.
_____/

## ORDER

Plaintiff initiated this action on April 26, 2021 by filing a *pro se* Civil Rights Complaint. (Doc. 1). The Court's order (Doc. 2) instructed Plaintiff to apply for pauper status or pay the filing fee within 30 days of April 26, 2021 upon pain of dismissal. As of the date of this Order, Plaintiff has not filed a motion to proceed in forma pauperis, paid the filing fee, or requested an extension of time in which to do so.

ACCORDINGLY, it is hereby

**ORDERED:**

1.    This case is **DISMISSED** without prejudice.[1]

---

[1] *See* 28 U.S.C. § 1914; Local Rule 6.04(b).

    2.    The **Clerk of Court** is directed to terminate any pending motions and close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 22, 2021.



ROY B. DALTON JR.
United States District Judge

Copies furnished to:

Unrepresented Party